U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

MAY 1 0 2007

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 03-20033 |
| | * | |
| VERSUS | * | JUDGE HAIK |
| | * | |
| BRYAN KEITH EDWARDS | * | MAGISTRATE JUDGE HILL |

## O R D E R

Upon consideration of the Motion to Dismiss Indictment filed by the government in this matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Indictment is hereby dismissed, with prejudice.

DONE AND SIGNED this 10 day of May, 2007 at Lafayette, Louisiana.

RICHARD T. HAIK
Chief Judge - United States District Court

COPY SENT
DATE: 5/10/07
BY: ___
TO: RTH, CMH
    GB, GBR,